AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KWASHAAD COOK,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 619-109

JUAN JOSE MONTANEZ and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 12, 2020, Defendants' Motion to Dismiss for Lack of Personal Jurisdiction is hereby GRANTED; therefore, Plaintiff's civil action is DISMISSED without prejudice. This case stands closed.

05/12/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03